STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, RESPONDENT, v. CHARLES D. BAUDENDISTEL, APPELLANT.

Submitted October 26, 1928—Decided February 4, 1929.

For the respondent, *Edward L. Katzenbach.*

For the appellant, *Nathan H. Berger.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ.  11.

*For reversal*—None.